**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 10, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

JACK JAMES,

        Defendant - Appellant.

No. 13-7071
(D.C. Nos. 6:12-CV-00286-JHP and
6:08-CR-00078-JHP-2)
(E.D. Okla.)

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**[*]

---

Before **LUCERO**, **McKAY**, and **MURPHY**, Circuit Judges.

---

This is a pro se § 2255 proceeding. Appellant Jack James was charged with

two counts of being a felon in possession of a firearm in the United States District

Court for the Eastern District of Oklahoma. The case went to trial, and the jury

acquitted Appellant on count one but found him guilty on count two. The district

court sentenced him to 165 months' imprisonment. This court affirmed. *United*

*States v. James*, 418 F. App'x 751 (10th Cir. 2011).

Appellant subsequently filed the 28 U.S.C. § 2255 motion underlying this

---

[*] This order is not binding precedent except under the doctrines of law of
the case, res judicata, and collateral estoppel. It may be cited, however, for its
persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

proceeding, asserting ineffective assistance of his trial and appellate counsel and violations of his Fifth Amendment due process rights by the prosecuting attorney and the court. The court twice allowed Appellant to amend his motion: to add a fourth claim seeking a reduction in his sentence under *Alleyne v. United States*, 133 S. Ct. 2151 (2013), and a fifth claim attacking the sentence enhancement under *Descamps v. United States*, 133 S. Ct. 2276 (2013). The district court rejected all of Appellant's arguments and denied the motion. The court entered judgment by separate order, and this appeal followed. As part of his opening brief, Appellant filed an application for a certificate of appealability to raise issues on appeal related to the district court's decision not to apply the new constitutional rule articulated in *Alleyne* retroactively to Appellant's § 2255 collateral proceeding.

Having reviewed Appellant's brief, the record, and the district court's decision, we **DENY** the application for a certificate of appealability and **DISMISS** the appeal. No reasonable jurist would find debatable the district court's thorough and well-reasoned Order denying relief on the issues Appellant seeks to raise.

ENTERED FOR THE COURT


Monroe G. McKay
Circuit Judge


-2-